UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL SCOTT ARMSTRONG, <br><br> Defendant. | No. CR12-186-RSM <br><br> ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on Mr. Armstrong's motion to terminate his remaining period of supervised release. Dkt. #75. Having reviewed Defendant's Motion, the Government's Opposition, the record and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), the Court DENIES Defendant's motion for early termination of supervised release.

DATED this 13th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE