UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SCOTT ARMSTRONG,<br><br>Defendant. | No. CR12-186RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION |

This matter comes before the Court on Mr. Armstrong's renewed motion to terminate his remaining period of supervised release (Dkt. #79). Having reviewed Defendant's Motion, the Government's Opposition, the record and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), the Court DENIES Defendant's motion for early termination of supervised release.

DATED this 15th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1